UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**MEMO ENDORSED**

----------------------------------------x
UNITED STATES OF AMERICA,

                Plaintiff,

    -against-                                No. 19 Civ. 10832 (KMK)

AMEET K. GOYAL, M.D. and AMEET
GOYAL, M.D, P.C. d/b/a THE EYE
ASSOCIATES GROUP,

                Defendants.
----------------------------------------x

## NOTICE OF MOTION

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of its Motion for a Stay of the Proceedings, the United States of America, by its attorney, GEOFFREY S. BERMAN, United States Attorney for the Southern District of New York, hereby moves this Court for an order staying this civil proceeding until the conclusion of the parallel criminal case, *United States v. Ameet Goyal*, 19 Cr. 844 (CS), and for such other relief as is just and proper.

Dated: New York, New York
           New York, New York
           February 3, 2020

                                    Respectfully submitted,

*Given that Defendants consent, the Motion is granted.*

                                    GEOFFREY S. BERMAN
                                    United States Attorney

                        By:   */s/ Vladislav Vainberg*
                              Vladislav Vainberg
*So Ordered.*               David R. Felton
                              Margery Feinzig
                              Assistant United States Attorney
                              United States Attorney's Office
                              One Saint Andrew's Plaza
                              New York, New York 10007
                              Tel.: (212) 637-1029 / 914-993-1908 / 1903

2/5/20

To:  Marc L. Mukasey, Esq.
Mukasey Frenchman & Sklaroff
2 Grand Central Tower
140 East 45th Street
17th Floor
New York, NY 10017
212-466-6400
marc.mukasey@mfsllp.com
*Attorney for Defendants Ameet K. Goyal and Ameet Goyal M.D., P.C*

406